Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiffs,
RYAN & RUSSELL WEBB

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| RYAN & RUSSELL WEBB, | Case No.: 2:10-cv-00136-ECV |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, RYAN & RUSSELL WEBB, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: June 17, 2010          KROHN & MOSS, LTD.


By: /s/ Ryan Lee _____

Ryan Lee
Attorney for Plaintiff